# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

Jasmine Robertson
*Plaintiff*

§
§ Case Number: 4:25-cv-02816
§
vs
§
§
§
§ **DEMAND FOR JURY TRIAL**

United States Courts
Southern District of Texas
F I L E D
JUL 1 1 2025
Nathan Ochsner, Clerk of Court

TrueAccord Corp.
January Technologies, Inc.

*Defendant(s)*

## AFFIDAVIT OF SERVICE

I, Jasmine Robertson, solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true to the best of my knowledge, information and belief:

1. On 06/17/2025 I sent Summons and Complaint to Defendant TrueAccord Corp via USPS certified mail, Article number 9589 0710 5270 3189 3300 40. These materials were sent to the Defendant TrueAccord Corp Registered Agent: INCORP SERVICES, INC., 815 BRAZOS ST STE 500, AUSTIN, TX 78701

2. And received by Defendant on 6/23/2025 as evidence by the signed Return Receipt PS Form 3811, a copy of which is attached hereto.

Respectfully Submitted on July 5, 2025

/s/Jasmine Robertson
**Jasmine Robertson Plaintiff** *pro se*
3400 Louetta RD. Apt 436
Spring, TX 77388
Jasmine.robertson11@yahoo.com
(832) 898-1716

1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X **RECEIVED**<br>**SIS Holdings**  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery  6-23-25 |
| 1. Article Addressed to:<br><br>TrueAccord Corp<br>C/o Incorp Services Inc.<br>815 Brazos ST. Ste 500<br>Austin TX 78701 | D. Is delivery address different from Item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2.  9589 0710 5270 3189 3300 40 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

2