United States District Court
Southern District of Texas
**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02816 |
| | § | |
| TRUEACCORD CORP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to a United States Magistrate Judge to conduct all further pretrial proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties.

It is therefore **ORDERED** that this case is **REFERRED** to Magistrate Judge Christina A. Bryan for all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

AUG 0 6 2025
Date

The Honorable Alfred H. Bennett
United States District Judge