United States District Court
Southern District of Texas
**ENTERED**
August 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE ROBERTSON, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-2816 |
| | § | |
| TRUEACCORD CORP., ET AL., | § | |
|    *Defendants*. | § | |

## ORDER

Before the Court in this Fair Debt Collections Act case is Defendant TrueAccord Corp.'s Unopposed Motion for an Extension of Time until July 24, 2025 to answer or otherwise respond to Plaintiff's Complaint. ECF 7.[1] It is

ORDERED that TrueAccord's Motion for Extension of Time (ECF 7) is GRANTED. TrueAccord's Motion to Dismiss (ECF 8) filed on July 24, 2025 is deemed timely filed.

Signed on August 12, 2025, at Houston, Texas.

                                                       Christina A. Bryan
                                       United States Magistrate Judge

---

[1] The District Judge referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 13.