# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Jasmine Robertson<br>*Plaintiff*<br><br>vs<br><br>TrueAccord Corp.<br>January Technologies, Inc.<br><br>*Defendant(s)* | § Case Number: **4:25-cv-02816**<br>§<br>§<br>§<br>§<br>§<br>§ |

United States Courts
Southern District of Texas
FILED

AUG 19 2025

Nathan Ochsner, Clerk of Court

## SUPPLEMENTAL CERTIFICATE OF CONFERENCE

Plaintiff Jasmine Robertson respectfully submits this Supplemental Certificate of Conference in connection with her motion for Leave to File Sur-Reply. (Dkt. # 14-15).

On August 18, 2025 Plaintiff contacted counsel for Defendants via email in a good faith attempt to confer regarding Plaintiffs Motion. Counsel for Defendants responded on August 19th, 2025 and indicated that Defendants oppose the relief sought.

This filing is submitted to cure the omission of conference pursuant to Southern District of Texas Local Rule 7.1(D).

Respectfully Submitted,

/s/Jasmine Robertson
Jasmine Robertson Plaintiff *pro se*
3400 Louetta RD. Apt 436
Spring, TX 77388
Jasmine.robertson11@yahoo.com
(832) 898-1716

1

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served upon the counsel of record in accordance with the Federal Rules of Civil Procedure on August 19, 2025 via first class mail & email.

Francesca A. Di Troia
TX Bar No. 24097596
SDTX Bar No. 3278381
fditroia@bn-lawyers.com
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 649-4079
Fax: (512) 279-0310
ATTORNEY FOR DEFENDANT
JANUARY TECHNOLOGIES, INC.

EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mgl.law
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mgl.law
MARTIN GOLDEN LYONS WATTS MORGAN PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631
COUNSEL FOR DEFENDANT

/s/Jasmine Robertson
Jasmine Robertson Plaintiff *pro se*