# UNITED STATES DISTRICT & BANKRUPTCY COURT
## Southern District of Texas

```
20250822-43
```

Jasmine Robertson

3400 Louetta Rd
Apt 436
Spring, TX 77388

United States Courts
Southern District of Texas
FILED
SEP 09 2025
Nathan Ochsner, Clerk of Court

515 Rusk Street
Houston, TX 77002
713-250-5500
https://www.txs.uscourts.gov/

---

Date: Friday, August 22, 2025
Case Number: 4:25-cv-02816
Document Number: 20 (1 page)
Notice Number: 20250822-43
Notice: The attached order has been entered.

---

NOTICE:
Federal courts will never use a phone call or email to request personal or financial information, or to threaten recipients who don't comply. If you receive a threatening phone call or email, do not disclose any information. These types of phone calls and emails are fraudulent and are not connected with the federal courts.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
SEP 09 2025
Nathan Ochsner, Clerk of Court

FIRST-CLASS

ZIP 77002
02 7W
0008035818
US POSTAGE ™ PITNEY BOWES
$ 000.74°
AUG 22, 2025

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

BC: 7720810101010        *0493-00844-05-35