United States District Court
Southern District of Texas
**ENTERED**
September 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JASMINE ROBERTSON., § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:25-CV-02816 |
| § | |
| TRUEACCORD CORP ET AL., § | |
| *Defendant*. § | |

# ORDER

This case is in which Plaintiff is proceeding *pro se* is set for an Initial Pretrial and Scheduling Conference on September 23, 2025. ECF 20. Parties have not filed the Joint Discovery and Case Management Plan as ordered. The fact that a Motion to Dismiss is pending does not relieve the parties of the obligation to file a Joint Discovery and Case Management Plan. It is therefore

ORDERED that the Initial Pretrial Scheduling Conference is reset for October 27, 2025, at 10:30 AM.

**Join ZoomGov Meeting**
Meeting ID: 161 376 2172
Passcode: 664485

Signed on September 17, 2025, at Houston, Texas.

Christina A. Bryan
United States Magistrate Judge