United States District Court
Southern District of Texas
**ENTERED**
October 31, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Jasmine Robertson | § § | |
| *versus* | § § § | Civil Action 4:25−cv−02816 |
| TrueAccord Corp, et al. | § | |

**MINUTE ENTRY ORDER**

JUDGE: Christina A. Bryan
DATE: October 27, 2025
COURT REPORTER: ERO
TIME: 10:42 AM

The Court conducted the Initial Conference. Scheduling Order issued.

Signed on the 27th of October 2025.

_____
Christina A. Bryan
United States Magistrate Judge