United States District Court
Southern District of Texas
**ENTERED**
March 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02816 |
| | § | |
| TRUEACCORD CORP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Christina A. Bryan's Memoranda and Recommendations filed on February 18, 2026 (Doc. #38) and February 19, 2026 (Doc. #39). The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed both Memoranda and Recommendations for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts both Memoranda and Recommendations in their entirety.

Accordingly, Defendant TrueAccord Corporation's ("TrueAccord") Motion to Dismiss (Doc. #8) is GRANTED. Further, TrueAccord's converted motion for summary judgment (*see* Doc. #33) is GRANTED. All *pro se* Plaintiff's claims against TrueAccord are DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to terminate Defendant TrueAccord Corporation from the docket.

Furthermore, Defendant January Technologies, Inc.'s ("January") Motion to Dismiss (Doc. #9) is hereby GRANTED IN PART. January's Motion to Dismiss is DENIED as to the FDCPA claims, and GRANTED as to the TCPA claim.

Finally, *pro se* Plaintiff Jasmine Robertson's claims for violations of the FDCPA against Defendant January Technologies, Inc. (Doc. #4 at 6-9) remain pending.

It is so ORDERED.

_____MAR 1 0 2026_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge