United States District Court
Southern District of Texas
**ENTERED**
July 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JASMINE ROBERTSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-02816 |
| | § | |
| TRUEACCORD CORP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on June 29, 2026. Doc. #44. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts Judge Bryan's Memorandum and Recommendation (Doc. #44) in its entirety.

Accordingly, Defendant January Technologies' Motion for Summary Judgment (Doc. #42) is GRANTED. Plaintiff Jasmine Robertson's claims are hereby DISMISSED WITH PREJUDICE. The Court will enter a separate final judgment.

It is so ORDERED.

JUL 1 5 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge